UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESUS ALBERTO RODRIGUEZ RENGIFO,

Petitioner,

v. Case No.: 2:26-cv-02443-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Jesus Alberto Rodriguez Rengifo's Emergency Motion to Enforce (Doc. 6) and the government's response (Doc. 10).

Rodriguez Rengifo is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing with certain guardrails. On September 17, 2026, Immigration Judge Frank Pimentel found Rodriguez Rengifo to be a flight risk and denied release on bond. (Doc. 8-1 at 2). Rodriguez Rengifo argues the bond hearing did not satisfy this Court's habeas order, but the Court disagrees. The bond order mentions several of the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006), and the immigration judge put the burden of proof on the government. The proper way to challenge the result of the bond hearing is appeal to the Board of

Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Rodriguez Rengifo's motion (Doc. 6) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, FL on November 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record